ORIGINAL

Case 1:24-cr-00218-UNA   Document 1   Filed 07/09/24   Page 1 of 2

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 09 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | No. 1:24CR0218 |
| JOHN DONOVAN WOODBURY | UNDER SEAL |

THE GRAND JURY CHARGES THAT:

### Count One
*Threats by Interstate Communication*

On or about June 7, 2023, in the Northern District of Georgia and elsewhere, the defendant, JOHN DONOVAN WOODBURY, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure FBI Director Christopher A. Wray and others, that is, the defendant posted a message on 4chan.org that called for violence against Director Wray and others, which included, but was not limited to, posting Director Wray's purported home address and stating the following: "Let's show them what a fucking 'Nazi' . . . looks like. . . .It's time to burn these mother fuckers down and hang them from trees. Hit them where it fucking hurts. Hit Chris at his home. Make his family fear stepping one foot outside their god damn door."

All in violation of Title 18, United States Code, Section 875(c).

### Count Two
*Threats to Federal Law Enforcement Officer*

On or about June 7, 2023, in the Northern District of Georgia and elsewhere, the defendant, JOHN DONOVAN WOODBURY, did knowingly threaten to assault, kidnap, and murder a Federal law enforcement officer, that is, FBI Director Christopher A. Wray, with intent to impede, intimidate, and interfere with Director Wray, on account of the performance of Director Wray's official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A ___True___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

_____
JENNIFER KEEN
*Assistant United States Attorney*
Georgia Bar No. 231778

_____
MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2