FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 09 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00459)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**1:24CR0218**

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. |
| | MAGISTRATE CASE NO. UNDER SEAL |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: July 9, 2024 | DATE: | DATE: |

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. **JOHN WOODBURY** | SUPERSEDING INDICTMENT Prior Case Number: Date Filed: |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Jennifer Keen
Defense Attorney: