IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DONOVAN WOODBURY | Criminal Action No.<br>**1:24CR0218**<br><br>**UNDER SEAL** |

## Motion to Seal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed for the following reasons:

The defendant is unaware that an arrest warrant is being issued for his arrest. Premature disclosure could cause him to flee and/or place law enforcement in danger while trying to effectuate arrest.

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed.

Submitted this 9th day of July 2024.

                                      Respectfully submitted,

                                      RYAN K. BUCHANAN
                                          *United States Attorney*

/s/JENNIFER KEEN
          *Assistant United States Attorney*
          Georgia Bar No. 231778
          jennifer.keen@usdoj.gov