FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 9 2024

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:24CR0218 |
| John Donovan Woodbury | **UNDER SEAL** |

### Order

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed.

SO ORDERED this 9th day of July, 2025.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Presented by:
Jennifer Keen, Assistant United States Attorney