**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Jul 18 2024

**KEVIN P. WEIMER**, Clerk

By: /s/Amanda Zarkowsky
    **Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DONOVAN WOODBURY | Criminal Action No.<br><br>1:24-CR-218 |

## Motion to Unseal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that the defendant has been arrested, and will be appearing in court for his initial appearance, where he is entitled to see a copy of the charges.

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

RYAN K. BUCHANAN
  *United States Attorney*

/s/JENNIFER KEEN
  *Assistant United States Attorney*
Georgia Bar No. 231778
Jennifer.Keen@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

        Federal Defender Program

July 18, 2024

        /s/ JENNIFER KEEN
        JENNIFER KEEN
        *Assistant United States Attorney*