# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br><br><br> JOHN DONOVAN WOODBURY, <br> Defendant. | :: <br> :: <br> :: <br> :: <br> :: <br> :: <br> :: <br> :: <br> :: | CRIMINAL CASE NO. <br> 1:24-cr-218 |

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JUL 18 2024
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

## ORDER APPOINTING COUNSEL

### KEENEN TWYMON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 18th day of JULY, 2024.

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE