AO 442 (12/85) Warrant for Arrest

F.d: 11692912

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

USMS: 25775-511

UNITED STATES OF AMERICA,

vs.

JOHN DONOVAN WOODBURY

**WARRANT FOR ARREST**

CASE NO. 1:24-CR-218 SEG

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**SEALED**  AUG 13 2024

KEVIN P. WEIMER, Clerk
Deputy Clerk

**AGENT TO ARREST**

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOHN DONOVAN WOODBURY and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense):   Threats by Interstate Communication

in violation of **Title 18, United States Code, Section(s) Section 875(c).**

KEVIN P. WEIMER
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

July 9, 2024  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:  07-09-2024

Date of Arrest:  07-18-2024

SA Bo Walters
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d: 11692912

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

JOHN DONOVAN WOODBURY

**WARRANT FOR ARREST**

CASE NO. 1:24-CR-218

**SEALED**

**AGENT TO ARREST**

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOHN DONOVAN WOODBURY and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Threats by Interstate Communication

in violation of **Title 18, United States Code, Section(s) Section 875(c).**

| | |
|---|---|
| KEVIN P. WEIMER<br>Name of Issuing Officer | Clerk, U.S. District Court<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | July 9, 2024 at Atlanta, Georgia<br>Date and Location |

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:   7/9/2024

Date of Arrest:   7/18/2024

Bo WALTERS, SPECIAL AGENT
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer