#     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL ACTION NO.** |
| **JOHN WOODBURY,** | **1:24-CR-00218-SEG-LTW** |
| **Defendant.** | |

## ORDER

Counsel for the above-named Defendant has advised the Court that no pretrial motions will be filed in this case. There are no additional matters or issues pending before the undersigned which would prevent certification of this case for trial.

It is therefore **ORDERED** that Defendant's case be certified ready for trial.

**SO ORDERED,** this 6th day of January, 2025.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE