UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. |
| JOHN DONOVAN WOODBURY, | 1:24-CR-00218-SEG-LTW-1 |
| Defendant. | |

## **O R D E R**

Defendant John Donovan Woodbury has filed an unopposed motion to continue the trial that is set for February 10, 2025. (Doc. 29.) He asks that trial be continued for at least 75 days so that he can apply for acceptance into the Northern District of Georgia's Accountability, Treatment, and Leadership ("ATL") Court.

The motion is GRANTED. Trial in this case is continued to May 12, 2025, at 9:30 AM in Courtroom 2307. The time from February 10, 2025, to May 12, 2025, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i). The Court finds, for the following reasons, that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial: (1) Mr. Woodbury seeks an opportunity to be considered for ATL Court

and the Government does not object, and (2) neither the Government's nor the public's interest will be prejudiced by the brief continuance.

The pretrial conference is continued to May 6, 2025, at 2:00 PM in Courtroom 2307. Mr. Woodbury is required to attend the pretrial conference or present a written waiver of his attendance. By April 14, 2025, the parties shall file any motions in limine and their proposed voir dire questions. By April 14, 2025, the Government shall file a summary of the indictment for use at trial. By April 21, 2025, the parties shall file any objections to those items listed above.

**SO ORDERED** this 4th day of February, 2025.

_____
SARAH E. GERAGHTY
United States District Judge