

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

May 16, 2025

Court Room Deputies
United States Courthouse
Northern District of Georgia

Re:

| | | | |
|---|---|---|---|
| US v. E. Akhionbare | 1:17-CR-00260 | US v. B. J. Holloman | 2:24-CR-00011 |
| US v. G. Zargoza-Dominguez | 1:20-CR-00234 | US v. T. Sims | 2:24-CR-00018 |
| US v. B. Townsend | 1:24-CR-00079 | US v. W. Lomack, et al. | 2:24-CR-00019 |
| US v. J. Woodbury | 1:24-CR-00218 | US v. D. Damons | 2:24-CR-00021 |
| US v. R. Medina, et al. | 2:14-CR-00037 | US v. K. Wolf | 2:24-CR-00026 |
| US v. H. Hinojosa, et al. | 2:14-CR-00038 | US v. S. Gault | 2:24-CR-00027 |
| US v. F. Solis | 2:19-CR-00036 | US v. C. Taylor | 2:24-CR-00030 |
| US v. H. Garmon | 2:20-CR-00038 | US v. T. Gordon | 3:24-CR-00011 |
| US v. D. Fenimore | 2:21-CR-00050 | US v. M. Sumlin | 1-25-CR-00223 |
| US v. S. Blackmon | 2:21-CR-00054 | US v. T. Newkirk | 2:25-CR-00002 |
| US v. L. Grogan | 2:22-CR-00024 | US v. C. Savage | 2:25-CR-00005 |
| US v. S. Levis, et al. | 2:22-CR-00040 | US v M. Espinoza-Benitez | 2-25-CR-00006 |
| US v. P. Agnew | 2:23-CR-00012 | US v. T. Herring, et al. | 2:25-CR-00008 |
| US v. G. Williams | 2:23-CR-00033 | US v. F. Cruz-Aguilar | 2:25-CR-00012 |
| US v. C. Perez-Melens | 2:23-CR-00035 | US v. M. Garcia-Garcia | 2:25-CR-00013 |
| US v. S. Esteban-Delgado | 2:23-CR-00036 | US v. V. Boyter | 2:25-CR-00015 |
| US v. R. Akins | 2:24-CR-00002 | US v. R. Dominguez-Pedro | 2:25-CR-00016 |
| US v. C. Messer | 2:24-CR-00003 | US v. S. Gault | 2:25-CR-00017 |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from July 21, 2025 to July 25, 2025, October 13, 2025 to October 17, 2025 and November 24, 2025 to November 28, 2025. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

THEODORE S. HERTZBERG
*United States Attorney*

JENNIFER KEEN
*Assistant United States Attorney*

cc: Defense Counsel (via ECF)