# Exhibit A – 4chan threat

[a / c / g / k / m / o / p / v / vg / vm / vmg / vr / vrpg / vst / w] [vip / qa] [cm / lgbt] [3 / adv / an / biz / cgl / ck / co / diy / fa / fit / gd / his / int / jp / lit / mlp / mu / n / news / out / po / pw / qst / sci / sp / tg / toy / trv / tv / vp / vt / wsg / wsr / x / xs] [Edit]

# 4chan Search

[ 429801454 ] [All Boards ▼] [ Search ]

File: 5077D34E-9059-4CEE-A1EA-59A4E387F1E8.jpg (1.26 MB, 1179x1836)
1.26 MB

☐ **/pol/ If they arrest Trump, storm Chris Wray's house** Anonymous 06/08/23(Thu)00:14:08 No.429801454 [Reply]

[address redacted]

They want to arrest Trump while the FBI has more whistleblowers against Biden than Epstein had slaves blowing whistles?

They want to call us Nazis?

Fine. Let's show them what a fucking 'Nazi' (Freedom loving Patriots who won't go down without a fight) looks like.

White, black, brown, straight, gay, bi, Muslim, Christian

All are welcome. It's time to burn these mother fuckers down and hang them from trees.

Hit them where it fucking hurts.

Hit Chris at his home.

Make his family fear stepping one foot outside their god damn door.

Fuck these people. I'd rather die fighting them than die an old man under the rule of the Unholy Trinity of WASPs, Kikes, and Jesuits.

THIS. IS. WAR.

>> ☐ Anonymous 06/08/23(Thu)00:42:13 No.429804000
File: 1660059420390697.png (388 KB, 590x689)
388 KB

>>429801454
>near a synagogue
Lmao