# ATTACHMENT 2

The Honorable Judge Sarah E. Geraghty
United States District Judge
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge Geraghty,

My name is Mary Anne Woodbury. I am the 72 year old mother of John Woodbury and his sisters', Heather Woodbury and Kristen Hsieh. I am also the grandmother of my daughter Heather's eight year old son, Ethan Lang. I am a retired realtor and a volunteer at Mary Hall's Freedom House for women struggling with addiction and mental health issues.

I received my graduate degree in special education from The University of Michigan to work with the physically and mentally disabled. This was in 1976, when the term 'learning disabilities' was being framed and well before The Americans with Disabilities Act was enacted. I worked at C.S. Mott Children's Hospital, with children who were quadriplegics due to gunshot wounds, the intellectually impaired caused by near drowning due to neglectful supervision and children dying due lack of early intervention.  I have many photos of these children and shared them early on with my children to always advocate for those in need.

My son John took this to heart at a very young age. His compassion knows no bounds, most often to his own detriment. I am devastated to the core that he is being sentenced for a federal crime, but I am writing this letter on his behalf because I know he is worthy of my support despite this fact.

As a child John would forgo a more exciting opportunity to always attend the birthday party of a child who may not have many others show up. He was a devout altar boy who took the teaching of "love thy neighbor" very seriously. While he had close friends of his own, in later years he was bullied for being what I believe was showing a very sensitive side. When our church was forming an anti-human trafficking committee, he was the first to volunteer.

Throughout his life, John struggled with depression and the highs and lows that accompany it. In 2022 he voluntarily checked himself into a residential facility for treatment. There he spent much of his time being present and listening to some younger residents in need of compassion. When he left, I witnessed the phone calls of several parents getting in touch with him to thank him for being there for their child followed by a request to always stay in touch. Upon leaving, John decided that his marketing position in the tech world would never be nearly as meaningful as helping others. He promptly enrolled in the Master's of Social Work program at University of Kentucky in order to become a licensed therapist. That has been put on hold since his incarceration.

John has also been an incredibly loving son to me. I had my first bout of cancer when he was 11 years old, and a separate new cancer diagnosed in 2017. I have had five surgeries for this, the

latest being February of this year. I have very, very frequent appointments at Emory Winship Midtown and John has taken me to each one until this past April. Every time we would exit the highway, John would always stop the car and give whatever he had to the homeless person on the corner. Even when he was financially struggling himself, he would give more than he could afford to a family fostering five children all under the age of eight.

This then brings me to John's relationship with his nephew, my eight year old grandson, Ethan. My daughter Heather went through a terrible divorce several years ago. While we all truly loved her husband, he had struggled with addiction throughout his life. This last bout was very serious and made it unsafe for Ethan to be in the home. Since then, Heather, Ethan and John have been living with me. John has poured his life into being a father figure for Ethan attending every event, helping with schoolwork, every little league game, to just sometimes sit and listen and do all the things Ethan's father is not able to. The love between them is immeasurable and Ethan asks during every phone call when he'll be coming home.

Judge Geraghty, I beg you for mercy and compassion in sentencing John. I know how truly sorry he is for his actions. He has never, ever been in trouble. Not once, until now. He is a really good person down to his core, who did a very stupid, heinous thing by not being able to control his emotional verbal outburst. John is not a violent person, has never owned a weapon and would never physically harm a soul. After the incident of 2023, which brings us here today for sentencing, John was given a new medication, Abilfy, to regulate verbal outbursts. I have witnessed first hand how this has helped him not have such intense feelings. It has also enabled him to not be so quick to verbally react to "let off steam". John is now completely able to regulate his emotions and take things in stride. As he has said to me numerous times, "Mom, can you imagine how much simpler my life would be, if only I had been given Abilify much earlier in life? It has been such a game changer.".

John has lived his life without incident, going to school, working full time and caring for his nephew from the date of the post in June 2023 until his incarceration of April 18, 2025. I implore you to give him a second chance so that he will be able to help others. His biggest concern in prison has been for his cellmate, who had not been able to talk to his sons in six months as he had no money on his account. John had me deduct money from his bank account ( money he can ill afford) so that this person could speak to his boys and get some things from the commissary. I can attest to the fact that this was John's happiest time in prison, when his cellmate was able to reconnect with family and have some daily essentials. I know that this is the life John will choose to live. That is to always be there to help those in need, regardless of one's own.

Thank you for taking the time to read my letter.

Respectfully yours,

Mary Anne Woodbury

The Honorable Sarah E. Geraghty

United States District Judge

United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge Geraghty,

My name is Heather Woodbury, I am John Woodbury's older sister. Currently, I am a Senior Media Buyer with Allied Global Marketing. I've worked in Advertising for 13 years and held my current role for the past 6 years. I'm also a single mother to my eight-year-old son, Ethan. Life has brought its fair share of challenges, especially over the last few years, but one steady and irreplaceable source of support has been my brother, John. I'm writing this letter with full awareness that John is facing sentencing for a federal offense, but I'm also writing from the heart as someone who knows the kind of man he truly is, and the role he plays in our lives.

John has always shown up for me and for Ethan without being asked and without hesitation. That's just who he is. But the depth of that support became even more apparent during one of the hardest seasons of my life; my divorce which occurred in 2023. That time was emotionally overwhelming, not just for me, but especially for Ethan, who was trying to process a lot at such a young age, he was only 6 and in Kindergarten when his father and I parted ways. It also took an emotional toll on everyone in my family. In that transitional period, when things felt uncertain and Ethan's own father wasn't consistently present, John stepped in in ways that made all the difference. Whether it was showing up to school events, taking Ethan out to do fun activities on a weekend so I could breathe, or simply being a strong, loving male presence when Ethan needed it most. John filled in those emotional gaps with so much patience, compassion, and steady guidance. To this day, Ethan looks up to him in a way that goes far beyond the typical uncle-nephew bond. John has helped shape the young man my son is becoming, and that influence is something I will always be grateful for.

Ethan has confided in his Uncle since my divorce. Being the prominent male figure in Ethan's life, my brother has consistently shown care and an open door for life advice to Ethan. Beyond that my brother volunteered as an assistant Coach for Ethan's baseball team in the Spring of 2024. Ethan had switched to a new league where he didn't know anyone, so having my brother there to be a familiar face at his games, but also further Ethan's love for baseball was really important.  My brother played baseball growing up and has consistently worked with Ethan to improve his skills and form. Having no children of his

own, John has stepped into his role as an Uncle very seamlessly since Ethan was born. Always wanting to be there to root him on in whatever he does. Their bond is very special and a void would be deeply rooted and felt by Ethan if my brother were to not be released.

Since everything happened, I've seen a different side of my brother. He's been more introspective, more honest with himself, and I truly believe he's committed to growing through this. He understands the gravity of the situation, and more importantly, I know he wants to take steps toward being better for himself and for the people who love him. We still need him. I need him. Ethan needs him. Our family would feel his absence deeply. I respectfully ask that the Court show compassion in his sentencing. John has a family here that will continue to support him and walk alongside him as he works to move forward. We believe in him.

Respectfully,

Heather Woodbury

404-512-8710

HMW2104@gmail.com

Kristen Hsieh

1369 Pars Oak Lane

Carmichael, CA 95608

404-512-6766

KEWoodbury@gmail.com

July 16, 2025

The Honorable Sarah E. Geraghty

United States District Judge

United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge Geraghty,

My name is Kristen Woodbury and I am the oldest sister of John Woodbury. I am married and have been for the last 10 years. I am writing to you on behalf of John because as his sister I know him well and want to express my strong support for him despite the serious nature of the federal offense for which he is being sentenced.

John plays an essential role in our family. When my sister, Heather Woodbury, became a single mother, John stepped in without hesitation to help care for her son, Ethan. His presence in Ethan's life has provided much-needed stability and love. John has been a consistent, patient, and nurturing figure who helps fill a gap that could otherwise have left Ethan without the support of a strong male role model. In addition, John helps care for our elderly mother, assisting with daily needs and being a steady emotional and physical support in our home.

John has also battled mental health issues, specifically bipolar disorder. He has faced these struggles head-on by seeking and receiving inpatient treatment at Pasadena and continuing his healing through outpatient support and therapy. I have personally witnessed his commitment to healing and growth. His experience with mental health services inspired him to begin pursuing a graduate degree in social work. His goal has been to give back by

working in the mental health field, using his experience to help others just as professionals have helped him.

It is important for me to share that further incarceration could seriously jeopardize the mental health progress my brother has made. It could halt his ability to work through remaining emotional challenges and deny him the supportive environment he needs to stay on track. As someone who has experienced mental health struggles myself, I know how crucial proper care and ongoing treatment are. John has shown sincere remorse for his actions and has come to understand the importance of recognizing the signs of his illness and having coping mechanisms and support systems in place. Continued imprisonment risks reversing the progress he's worked so hard to make. It could do more harm than good.

I want the Court to know that I will continue to be a source of emotional and financial support for John. My husband and I paid for his inpatient treatment at Pasadena, and we remain committed to helping him rebuild his life. He is capable of great things and of living a meaningful, productive life in our family and society.

Judge Geraghty, I respectfully ask that you show compassion when sentencing John. He is someone who has made mistakes, yes—but also someone who is actively trying to heal, grow, and give back. He is deeply loved, needed, and supported. Thank you for taking the time to consider my words.


Respectfully yours,

Kristen Hsieh

The Honorable Sarah E. Geraghty

United States District Judge

United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge Geraghty,

My name is Jennifer Lynn Parker, and I am currently employed by Holland America Line. I am also a proud single mother of two boys—one a teenager and the other a toddler. Balancing my career and family is challenging, but it has helped me develop a strong appreciation for people who show kindness, patience, and support—people like John Woodbury.

I have had the pleasure of working alongside John throughout his entire tenure at Holland America Line. During that time, I came to know him as an encouraging, dependable, and thoughtful colleague. John consistently checks in with everyone on our team, offering his assistance and support—no matter how busy he might be himself. His intelligence and critical thinking have been an asset to our team, but it's his personal compassion and sincerity that truly stand out.

On a personal note, John has often reminded me—during stressful times—that I am doing a great job as a mother. These words, offered without expectation, have lifted my spirits more times than I can count. His encouragement has meant a great deal to me, especially on the hardest days.



I understand that John is being sentenced for a federal crime, and I do not take that lightly. But I also know John as someone who takes responsibility for his actions and who learns from his mistakes. I truly believe that what happened was a moment of extreme weakness and not a reflection of the person John is on a daily basis.

In my heart, I do not believe that incarceration is the right path for someone like John. He is not a danger to society—he is someone who is capable of great growth, insight, and redemption. If ever he finds himself struggling again, I promise that I will be there to support him. He knows he can reach out to me, and I will always be there to help talk him through it.

Please consider showing mercy and compassion as you determine John's sentence. He has so much more to offer the world and the people around him.

Respectfully yours,

Jennifer Lynn Parker

678-457-2322

Perryjen89@gmail.com

The Honorable Sarah E. Geraghty

United States District Judge

United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge Geraghty,

My name is Sarah Scott. I am a 31 year old with a husband and one daughter who will be four soon. I am currently employed at Holland America Line as a Personal Cruise Consultant and in college with a major in finance.

I met John Woodbury almost one year ago as we both started at Holland America Line at the same time with the same role. I am aware he is being sentenced because of a federal crime but am writing this because I know he is worthy of my support.

John and I bonded quickly in training over conversation about mental health. I see a therapist and while going through a specific therapy, John mentioned his long term goal of being a therapist. He was hoping to start this coming fall to complete that dream.

We talked at great length about the love he has for his nephew and his dream travel plans now that we work for a cruise line. He constantly brought up wanting to take his nephew to see the world and help his sister as she left a bad relationship. John assisted her through that and did everything he could for them.

John constantly checked on me and we leaned on each other for information for training. John never hesitated to reach out if he needed help with anything. John referred to me as "Supervisor Sarah" because he felt I always had the answer and really believed I would be promoted one day. I laughed but it always made me feel so good that he believed in me. He always worked hard to better his knowledge base to help his guests at work and was always kind and positive in doing so. He is genuinely one of the most positive people I have known. He kept my entire class upbeat and we all were always happy he was there.

I believe with the mental health plan John is currently on and the continuous support of his loved ones and friends, John will not commit this sort of offense again. He is a hard working individual with dreams, ambition, and people who care about his success in this long term.

I am hoping this letter provides a small insight on who John is and I ask for compassion in his sentencing.

Respectfully,

Sarah Scott

The Honorable Sarah E. Geraghty

United States District Judge

United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge Geraghty,

My name is Tameka Nelson.  I am a 44-year-old mother of 3 children ages 9,11 and 26. In my spare time I take my children to their activities, read, make natural body products and cycle. I currently work for Holland America Line as a Personal Cruise Consultant.

I am writing this letter on behalf of John Woodbury. John is my co-worker that I have known for almost 1 year. We have interacted on a daily basis via web cam during training for 3 months and also personally spoken via Microsoft Teams thereafter. I know that he is presently being sentenced for a federal crime, however I would like to show my support for John based on the person that I have gotten to know in the time we have started this job in July of 2024.

I would describe John as a kindhearted, compassionate, understanding man who is willing to go above and beyond for others. During our time in training, he would always volunteer for things when others kept quiet and when I didn't understand something, he would get me up to speed and take the time to explain things to me. John was a team player at all times and easy going. After we were finished training, there was one instance where John could have kept a group of cruise bookings for his self, but instead he insisted that I have the clients and make the cruise bookings. John and I are on the same team for work and we share the same supervisor. We became even closer due to this.

John shared with our training group that he lived with his sister and cared for his nephew on a daily basis. His sister was recently divorced, so John was the male figure in their household. His home life consisted of working, helping his sister out and spending time with his nephew. He and his nephew are very close and he looks up to John. John would attend baseball games and do activities with his nephew on his days off. John shared that he is a college graduate and did improv comedy. He had plans on going back to college for his master's degree this summer or fall. I believe he is enrolled or was in the process of enrolling. He shared that he does not drink alcohol at all and does not believe in anything that alters your state of mind.

If given the chance, John would greatly benefit for counseling as co-workers have shared with me that he has a mental condition. I was unaware of his condition because he has been medicated from what I understand. For the last year, John has displayed to me that he can be an asset and contributing member of society by assisting others at work, helping his sister, his relationship with his nephew and trying to further his education. Please take these things into consideration and have mercy on him. I miss the daily conversations with John and look forward to him retuning to work with me.

Respectfully yours,

Tameka Nelson

The Honorable Sarah E. Geraghty

United States District Judge

United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309


Dear Judge Geraghty,

My name is Christine Vogiatzis, and I am writing to you on behalf of my friend and current work colleague, John Woodbury. I have known John for several years through our time working together, and I feel strongly compelled to share the impact he has made on me personally and professionally.

Throughout our time as coworkers, John consistently demonstrated a high level of integrity, reliability, and empathy toward others. He was the type of person who never hesitated to offer help or guidance, whether it was jumping in during a busy shift or taking time to check in on a teammate's wellbeing. John has a calming presence that made our work environment better for everyone around him.

What has always stood out to me most is John's compassion for others. There were numerous times when I witnessed him go out of his way to support struggling team members, whether by quietly covering their shifts or helping them through difficult personal situations. He never asked for recognition—he simply did what he felt was right.

I am fully aware that John is being sentenced for a federal crime. While I do not excuse his actions, I believe he is deeply remorseful and is committed to making real changes in his life. Since his arrest, I have seen a man who is reflective, humbled, and eager to grow. John has openly acknowledged his mistakes and appears to be taking sincere steps toward healing and accountability.

I truly believe that John has the potential to be a valuable, contributing member of his community again. He has the character, humility, and work ethic needed to move forward in a meaningful way.

I respectfully ask that you show compassion as you consider his sentencing. John is not defined by this one chapter of his life—he is a kind, generous, and hard-working individual who has positively impacted many of us who've had the privilege of knowing him.

Respectfully yours,

Christine Vogiatzis

Dear Judge Geraghty,

My name is Brantley Walden and I am a manager in the trade operations group at Intercontinental Exchange.  I have known John Woodbury for over fourteen years.  He is a close friend, I call him JD.  Over the years I have had the privilege of observing JD's character, values and contributions and I am honored to share my perspective.  I am writing this letter to express my support for JD.  I hope my insights can assist in understanding his positive qualities.

I first met JD when starting my second year at the University of Georgia.  We had just gotten back from summer break where JD had spent his time being a canvasser for the Democratic Party of Georgia.  We shared many of the same friends that we had met through being members in the Demosthenian Literary Society.  The first thing I could not help but notice about JD is that he was a happy cheerful person with a positive attitude, incredibly friendly and easy to talk to.  At events with mutual friends we continued to interact and develop a friendship, as time went on our conversations and connection deepened.  We spent many nights debating and trying to get to the bottom of deep questions that fascinated us as students.  We usually did not agree but it was always such a good time and he was so friendly that it was hard be too upset about the disagreement.  JD is gregarious and has a way of talking about a subject with so much excitement.  He is a bright light who is open in social settings and he is always inviting others to participate in the fun.  He is very inclusive and makes sure no one is left out.

Times in college spent with JD are some of my fondest memories and I will always cherish them.  We had good times at football games and staying up late studying at Walker's.  We even had a small Bible study that we would go to together for a while.  JD was always quick with something funny to say or something positive and encouraging to share.  After school as life happened and people grew apart we continued to stay in touch.  JD and I would message often and stay on top of discussing world events and keeping each other up to date about the things going on in our lives.  Through the ups and downs of all of this JD always managed to keep an optimistic outlook.  So many people get beat up by this world and turn into nasty cynics, but not JD.  He could find the good in just about anything.

As we got older and like anyone else JD faced career and personal challenges but he was not someone who passively let life attack him.  He did not stop and give up on his job, he rose to the occasion to have success in his career even as he faced struggles with his mental health.  Life got busier and busier but I was always thankful that we could keep in touch and grab breakfast from time to time or run into each other at another friend's wedding.  I always appreciated and enjoyed hearing his take on the latest controversy of the day in the news.  I could see him having success in improv or comedy with his clever wit and strong extemporaneous speaking skills.

JD has not been shy about sharing his mental health issues with me and he has been a source of support in my life as I have struggled with depression and dark times.  Alcohol was not helping any of my problems and I have been able to bond with JD over his

choice to be sober as well.  In a world where so many make drinking the center of their activities, JD has shown me that there is a life worth having free from alcohol.  JD loves life and does not complain or bemoan what life throws at him.  JD stays positive and finds good productive ways to spend his time.  He has not always taken care of himself and his issues when they were new to him, but once he understood and knew what was going on he has faced things head on.

In addition to being a dependable friend to me, JD now enjoys living with his mom, sister and nephew.  JD keeps me up to date on all the time he gets to spend with his nephew and has served as a positive role model in his life.  They play video games together and he is helping him navigate the world.  He is cherishing this time with his family and appreciates getting to spend time with them everyday.

I understand that JD has been charged with a violation of the law.  I have read what he has done. It was stupid and in poor judgment.  I wish that he had not done it.  Based on conversations with him, I do truly believe that he is remorseful for what he has done.  I also believe that he accepts that his actions have consequences and there is a need to be held accountable.  I do not know what the future holds for JD but I pray that no matter what happens the bright positive light that he is, is not extinguished.

Your Honor, I respectfully ask you to consider the insights I've shared about JD's character, his personal growth, and the positive impact he has had on those around him. While I understand the gravity of his actions and the necessity for accountability, I also know that JD is a person capable of learning from his mistakes and continuing to contribute positively to his family, friends, and the community.

Thank you for taking the time to read my letter and allowing me the opportunity to share my perspective. If there is any additional information I can provide, please do not hesitate to contact me.

Sincerely,
Brantley Walden

Judge Geraghty,

    My name is William Broach and I work as a Software Engineer based in Athens, Georgia. I am writing this letter in support of my friend, John Woodbury. I have known John for about fifteen years - we first met while we were both attending the University of Georgia and were members of a debate club together. During college and immediately thereafter (when we were both living in Atlanta), I spent a lot of time socially with John. Like most people, John and I have spent less time together in person as we have aged, but we have maintained regular contact throughout the period that I have known him.

    I have always considered John to be a kind, conscientious, loyal, and considerate person. He has always been willing to aid his friends and family when they need him - I knew that if I ever needed his help, John would be there. Over the years, John has helped me move, assisted me in finding new jobs to further my career, and provided advice/encouragement when I had problems. He did all of those things freely and without any expectation of reward.

    Privately, I began to hold concerns about the state of John's mental health starting about ten years ago. That said, I never witnessed him express any desire or intention to harm himself or others and (to the best of my knowledge) he was always gainfully employed and/or in pursuit of higher education throughout the duration of our friendship. Consequently, I never expressed my concerns to him.

    Given what I know about John, I believe that the legal trouble that he is currently facing is the result of an episode of poor mental health and not reflective of any desire on his behalf to bring harm to others. He has expressed regret for his actions to me, and I know that he is the kind of person that takes accountability for his mistakes and will do the work necessary to rectify any harm he has caused (to the extent that that is possible). Accordingly, I do not think that incarceration is the appropriate punishment for John - I earnestly believe that, with appropriate treatment and supervision, John can continue to be a productive and lawful citizen. As such, I respectfully entreat you to show mercy toward John and direct him toward the resources he needs to get better instead of placing him into the prison system.

Sincerely,

*[signature]*

William Broach

**Letter of Support for JD Woodbury**

To Whom It May Concern,

I am writing this letter on behalf of JD Woodbury, whom I have known since he was a child. I have been close friends with his mother for over 30 years, and I can say without hesitation that JD comes from a kind and loving family—one that values integrity, education, and compassion.

While I cannot speak to the details of JD's adult life or the circumstances that led him to his current situation, I do know this: he has always been a thoughtful and respectful young man, and his mother has always spoken of him with deep love and pride. JD is a college graduate, a son who was raised with strong values, and someone who—like all of us—has made mistakes.

What I do believe with all my heart is that people can change, especially when they are given the chance to grow from their mistakes rather than be forever defined by them. JD is asking for that chance now. A second chance is not only a gift to him—it is an investment in the possibility of redemption, healing, and renewed purpose.

As a mother myself, I am deeply moved by the sorrow and hope in his mother's voice as she advocates for her son. No one wants to see a life wasted. JD is 35 years old. He has time to start again, to contribute, and to make better choices. I hope with all sincerity that he will be given the opportunity to do so.

With compassion and hope,

Jill Morris