# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:24-cr-00218-SEG-LTW**
**USA v. Woodbury**
**Honorable Sarah E. Geraghty**

---

Minute Sheet for proceedings held In Open Court on 07/24/2025.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Melissa Brock |
| TIME COURT CONCLUDED: 12:23 P.M. | USPO: Deneen G. McWilliams |
| TIME IN COURT: 2:23 | DEPUTY CLERK: Stephanie Pittman |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT: | [1] John Donovan Woodbury Present at proceedings |
| ATTORNEYS PRESENT: | Matthew Carrico representing USA<br>Jennifer Keen representing USA<br>Brian Mendelsohn representing John Donovan Woodbury |
| PROCEEDING CATEGORY: | Sentencing Hearing (Evidentiary) |
| MINUTE TEXT: | The Court heard argument on Defendant's objection to paragraph 27 to the presence report. For the reasons stated on the record, the Court overruled Defendant's objection and applied a 2-level enhancement under U.S.S.G. § 2A6.1(b)(5). Having no further objections to the presentence report, the Court adopted its findings of fact and conclusions of law. There were no objections to the guideline calculations outside of Defendant's exception to the § 2A6.1(b)(5) enhancement. Defendant's expert witness, Dr. Julie Dorney, was sworn and testified on direct. After hearing argument from the parties on Defendant's motion for a downward departure, the Court denied the motion and indicated that it will consider a downward variance for aberrant behavior. Defendant addressed the Court, along with his sister and mother. Sentence was imposed. The Court will make a recommendation to the BOP regarding Defendant's placement. The Court remanded the Defendant. Defendant was informed of his appeal rights. Judgment and Commitment to follow. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Defendant's exhibit 1 admitted and retained by the Court to be forwarded to the Clerk's Office. |